**Order entered September 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00422-CR

### ARACELY MEZA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00230-U**

## ORDER

Before the Court is court reporter Sasha Brooks's September 6, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before October 8, 2018.

/s/ LANA MYERS
   JUSTICE